IN THE COUNTY COURT, IN AND FOR
DUVAL COUNTY, FLORIDA

CASE NO.:
DIVISION:

EMMETT GLASGOW and HEATHER
GLASGOW, his wife

        Plaintiff,

vs.

TERRY WOLFE a/k/a TERENCE K. WOLFE,

        Defendant.

## COMPLAINT FOR EVICTION

### Count I

Plaintiff, EMMETT GLASGOW and HEATHER GLASGOW, his wife by and through their undersigned attorney, sues the Defendant, TERRY WOLFE a/k/a TERENCE K. WOLFE, and alleges:

1. This is an action to evict tenant from real property in Duval County, Florida.

2. Plaintiff is the owner of a residential rental unit located at 644 Bridal Avenue, Jacksonville, Florida 32205.

3. The Defendant has possession of the property under a one-year written lease agreement whereby he agreed to pay rent of $750.00 per month, payable on the 1st day of each month, without demand, and agreed to vacate the premises on April 30, 2007. A copy of the Residence Lease is attached as Exhibit "A".

4. On March 27, 2007, Plaintiff advised Defendant that they would not renew the lease and requested he vacate by April 30, 2007, a copy of same being attached hereto as Exhibit "B" and

made a part hereof. Defendant continues in possession of the property as a hold-over tenant in violation of the Florida Statute, without permission of the Plaintiff and refuses to deliver possession of the premises.

5. Plaintiff is obligated to pay their attorney a reasonable fee for his services herein.

WHEREFORE, Plaintiff demands judgment for possession of the property against the Defendant, plus court costs, interest and reasonable attorney's fees.

### Count II

6. Plaintiffs reallege and reaffirm their allegations in paragraphs one 1 through 5 above.

7. Defendant owes Plaintiff the amount of $1,500.00 as double the regular rent as a holdover tenant, without permission.

8. Plaintiff is obligated to pay their attorney a reasonable fee for his services herein.

WHEREFORE, Plaintiff demands judgment against the Defendant in the amount of $1,500.00, together with rent that may accrue until Defendant relinquishes possession of the subject property, court costs and reasonable attorney's fees.

LEWIS & BERNARD, P.A.

By: _____
Lawrence J. Bernard, Esquire
300 W. Adams Street, # 300
Jacksonville, Florida 32202
(904) 355-9003
(904) 350-9823 (facsimile)
Florida Bar No. 248436

## RESIDENCE LEASE

This agreement, entered into this 20th day of April 2006,
between Emmett and Heather Glasgow, hereinafter called the landlord, and
Terry Wolfe (████████) hereinafter called the tenant, is to witness that landlord does this day lease unto tenant:
644 Bridal Avenue, to have and to hold said premises for the term of May 1, 2006 through April 30, 2007. Tenants will pay rent of $750.00 per month on the 25th of each month for the following month, payable to Heather Glasgow, Phone # 388-4454.

The tenant agrees as follows:

1. That the premises will be occupied only by the tenant (a total of 1), and no more, and that no part of said premises will be sublet and that this lease will not be assigned and/or transferred in any way without written consent of the landlord first had and obtained, and that tenant and the members of his aforesaid family will not keep any dogs, cats, chickens, fowls, or other animals on said premises without written consent from the landlord.

2. That tenant has inspected said premises before the execution of this lease and agrees that they are in good condition, and tenant accepts said premises in their present condition. That tenant agrees to replace all glass broken during the terms of this lease, pay the cost of repairing damage to any part of said premises caused by the negligence of tenant or his invites, and at the termination of this lease to promptly surrender said premises to the landlord in as good condition as said premises were at the time of the execution of this lease, but ordinary wear and tear and loss or damage by fire or the acts of god excepted, all at the tenant's expense.

3. To promptly pay said rent during the term of this lease.

4. To permit landlord, his agents and employees to enter the premises at all reasonable times for any purpose with the repair, improvement, care and management of the premises including the showing of the residence to prospective tenants during the fifteen days preceding expiration of this lease.

5. To pay all cost of proceedings by the landlord for the recovery of rents or for recovery of the possession of the premises, or for the enforcement of any of the terms and conditions of this lease, including a reasonable attorney's fee.

6. In case landlord's building, said land or any personal property associated with said premises is damaged or destroyed by fire or other casualty, the tenant agrees to give landlord immediate written notice of said loss or damage.

7. Tenant agrees to notify landlord in writing, a minimum of thirty (30) days (one calendar month) prior to vacating the premises. No partial months allowed.

Page 1 of 4

8. Tenant agrees that in event of nonpayment of rental monies, tenant will vacate the premises within five days of payment due without recourse to legal action on the part of the landlord.

9. There will be no major vehicle repairs of any kind on the premises. Any fluids (hazardous to the environment) removed from vehicles will be legally disposed of within 48 hours.

10. Tenant will not paint, drive nails (larger than paneling nails), alter or modify premises in any way unless with written consent from the landlord. **ALL REPAIRS WILL BE DONE ONLY BY THE LANDLORD.**

11. No charcoal fires under porches, carport, tree limbs or adjacent wall (s) endangered.

12. Loud parties will not be tolerated, REMEMBER! THIS IS A FAMILY NEIGHBORHOOD.

13. Tenant will not use drainboard as a cutting board.

14. The deposit will be deposited into a non-interest bearing account. Any deposit due the tenant will be returned fourteen (14) days after tenant vacates premises.

15. Tenant will keep lawn free from debris and mow or have mowed as needed.

16. A five (5) dollar fee will be charged for each day that the rent is late.

17. No pets, unless, non-refundable pet deposit. Amount decided by the landlord.

18. If tenant's radio, TV, etc., can be heard next door, IT IS TOO LOUD.

19. Any indication of drug violation will immediately be reported to the Jacksonville Sheriff's Office.

20. THIS IS A FAMILY ORIENTED NEIGHBORHOOD. WE INSIST ON KEEPING IT THAT WAY.

21. The landlord's fire insurance, etc., covers, only, the building and landlord's property. **THE TENANT'S PROPERTY IS SOLELY THE RESPONSIBILITY OF THE TENANT.**

22. No solid food waste, grease, etc. will be deposited in the sink drains.

### DAMAGE AND SECUTITY DEPOSIT

Date: April 20, 2006

Received $500.00 damage and Security Deposit received on April 20, 2006 on 644 Bridal Avenue to be returned within thirty (30) days **after lease expires** and tenant vacates premises. This deposit will not be returned if tenant vacates premises before twelve (12) months. Deposit will be deposited in a non-interest bearing account.

**It should be emphasized to the tenant that he/she will be charged the cost of restoring the premises (including cleaning) to the same condition, excepting normal wear and tear, as it was upon the signing of this lease.**

PET DEPOSIT (NON-REFUNDABLE): $ _____ NO PETS _____
                                                                (DATE)

## RESIDENCE LEASE

### LANDLORD AGREES AS FOLLOWS

1. In the event that any building on said land shall be so destroyed or damaged by fire or other casualty as to make said premises untenable for tenant, it shall be optional with either party to cancel lease.

2. Landlord shall be required to notify the tenant, in writing, a minimum of fifteen (15) days in advance of the date landlord desires to regain possession of the premises.

IN WITNESS WHEREOF, THE PARTIES HERETO HAVE SIGNED AND DELIVERED THIS LEASE AT DUVAL COUNTY, FLORIDA:

_____        _____
(Landlord)                                  (Date)

_____        _____
(Tenant)                                    (Date)

_____        _____
(Tenant)                                    (Date)

_____        _____
(Tenant)                                    (Date)

March 27, 2007

Heather Glasgow
1545 Azalea Terrace
Jacksonville, FL 32205

Terence K. Wolfe
644 Bridal Ave
Jacksonville, FL 32205

      Re: 644 Bridal Ave, Jacksonville, FL 32205

Terrence K. Wolfe:

This is to formally inform you that I will not be renewing the lease with you for 644 Bridal Ave, Jacksonville, FL 32205, that expires April 30, 2007. Please vacate 644 Bridal Ave by April 30, 2007.

Thank you,


Heather Glasgow

**LAW OFFICES**
LEWIS & BERNARD, P.A.
300 W. Adams Street, # 300
Jacksonville, Florida 32202

Sidney E. Lewis  
Lawrence J. Bernard

Telephone: (904) 355-9003  
Fax No.:   (904) 350-9823

April 30, 2007

Mr. Terence K. Wolfe  
644 Bridal Avenue  
Jacksonville, Florida 32205-5420

**Certified Mail – Return Receipt Requested**

Re:   Lease Agreement with Glasgow

Dear Mr. Wolfe:

You will find enclosed your check number 2016 issued in the amount of $750.00 to Mr. and Mrs. Glasgow. This payment is being returned to you as your least was terminated by the letter dated March 27, 2007.

You do, in fact, currently owe my clients the following sums through the end of business, this day:

| | |
|---|---|
| Unpaid amount for April | $ 75.00 |
| Attorney's fee | 250.00 |
| TOTAL | $ 325.00 |

If you have not removed yourself from the property at the end of this day (April 30, 2007), litigation will be filed seeking not only your removal from the property, but also, double the amount of the regular rent. Of course, if you have not paid the $325.00 hereinabove mentioned, litigation will also be filed.

Please remember that this office continues in its capacity as a debt collector within the meaning of the Fair Debt Collections Practices Act and all information gathered will be used for that purpose.

Very sincerely,

Lawrence J. Bernard

LJB:jlm  
cc:   Mr. and Mrs. Emmet Glasgow